**Clinton BEDELL, Plaintiff–Appellant,**

v.

**John F. GORCZYK; David Peebles; Ron Angelone; Gene M. Johnson; David A. Garraghty; C. Davis; M. Millard; Vermont Corrections; Virginia Department of Corrections, Defendants–Appellees.**

No. 01–7029.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 17, 2001.

Clinton Bedell, pro se.

Before NIEMEYER, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Clinton Bedell appeals district court orders dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West Supp.2000) and denying his motion for reconsideration. The court dismissed Bedell's complaint based on his failure to comply with its prior order directing him to submit proof that he had exhausted his administrative remedies. In denying the motion for reconsideration, the district court found that proof of exhaustion had not been received by the court.

Because Bedell may proceed with this action by amending his complaint to provide the information requested by the court, his appeal of the order of dismissal is interlocutory and not subject to appellate review. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993).

We therefore dismiss the appeal. We also deny Bedell's motions for appointment of counsel and for return to Vermont and his motions for judgment on the pleadings and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*